MEYER ROSENSTEIN, Appellant, *v.* JAMES McCUTCHEON, Respondent.

*Rosenstein* v. *McCutcheon*, 163 App. Div. 922, appeal dismissed. (Submitted January 4, 1915; decided January 12, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 29, 1914, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

The motion was made upon the ground that the order of reversal contained no statement that the Appellate Division had examined and affirmed the facts.

*Amos H. Stephens* for motion.

*Thomas J. O'Neill* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.